No. 16-2211

**RECEIVED**
KL   11:10
MAY -5 2016
Counter  2co's
U.S.C.A. 3rd. CIR

$500.00, Pd
#5703

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

DELAWARE RIVERKEEPER NETWORK, and the DELAWARE RIVERKEEPER, MAYA VAN ROSSUM,

*Petitioners,*

v.

JOHN QUIGLEY, Secretary of the Pennsylvania Department of Protection, and COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF ENVIRONMENTAL PROTECTION,

*Respondents.*

---

*PETITION FOR REVIEW OF AN AGENCY ORDER*
(Federal Rules of Appellate Procedure, Rule 15)

---

Aaron Stemplewicz, Esq.
PA ID No. 312371
Delaware Riverkeeper Network
925 Canal Street, Suite 3701
Bristol, PA 19007
Tel: (215) 369-1188
Fax: (215) 369-1181
aaron@delawareriverkeeper.org

*Counsel for Petitioners*: Delaware Riverkeeper Network, the Delaware Riverkeeper, Maya Van Rossum

The Delaware Riverkeeper Network and the Delaware Riverkeeper, Maya Van Rossum ("Petitioners"), hereby petition this Court, pursuant to Rule 15 of the Federal Rules of Appellate Procedure and 15 U.S.C. § 717r(d)(l) of the Natural Gas Act, for review of the Pennsylvania Department of Environmental Protection's ("Department") decision approving a Water Quality Certification under Section 401 of the Federal Clean Water Act ("Section 401 Certification") for Transcontinental Gas Pipe Line Company, LLC's Atlantic Sunrise Pipeline Project, issued on April 5, 2016, and noticed in the Pennsylvania Bulletin on April 23, 2016. A copy of the Section 401 Certification is attached as Exhibit A to this Petition.

Date: May 5, 2016

Aaron Stemplewicz, Esq.
PA ID No. 312371
Delaware Riverkeeper Network
925 Canal Street, Suite 3701
Bristol, PA 19007
Tel: (215) 369-1188
Fax: (215) 369-1181
aaron@delawareriverkeeper.org

## **CERTIFICATE OF SERVICE**

I, the undersigned, certify that a true and correct copy of the foregoing was served, via First Class Mail and e-mail, on the following on the date listed below:

John H. Quigley, Secretary
Pennsylvania Department of Environmental Protection
400 Market St.
Harrisburg, PA 17105

Alexandra Chiaruttini, Chief Counsel
Pennsylvania Department of Environmental Protection
400 Market St.
Harrisburg, PA 17105

Pennsylvania Office of Attorney General
16th Floor, Strawberry Square
Harrisburg, PA 17120

Date: May 5, 2016

Aaron Stemplewicz, Esq.
PA ID No. 312371
Delaware Riverkeeper Network
925 Canal Street, Suite 3701
Bristol, PA 19007
Tel: (215) 369-1188
Fax: (215) 369-1181
aaron@delawareriverkeeper.org

# EXHIBIT A

# COMMONWEALTH OF PENNSYLVANIA
# DEPARTMENT OF ENVIRONMENTAL PROTECTION
# WATER QUALITY CERTIFICATION
# ATLANTIC SUNRISE PIPELINE PROJECT
# NATURAL GAS PIPELINE PROJECT
# AND RELATED MITIGATION
# FERC DOCKET NO. CP15-138-000

ORIGINAL

WQ02-001, Transcontinental Gas Pipe Line Company, LLC
Attn: Joseph Dean, Permitting Manager
2800 Post Oak Boulevard
Houston, TX 77056

Susquehanna, Wyoming, Luzerne, Clinton, Lycoming, Columbia, Northumberland, Schuylkill, Lebanon, and Lancaster Counties
ACOE Baltimore District

# COMMONWEALTH OF PENNSYLVANIA
# DEPARTMENT OF ENVIRONMENTAL PROTECTION
# WATER QUALITY CERTIFICATION
# ATLANTIC SUNRISE PIPELINE PROJECT
# NATURAL GAS PIPELINE PROJECT
# AND RELATED MITIGATION
# FERC DOCKET NO. CP15-138-000

WQ02-001 – The Pennsylvania Department of Environmental Protection (PADEP) certifies that the construction, operation and maintenance of the Project complies with the applicable provisions of sections 301—303, 306 and 307 of the Federal Clean Water Act (33 U.S.C.A. §§ 1311—1313, 1316 and 1317). The PADEP further certifies that the construction, operation and maintenance of the projects complies with Commonwealth water quality standards and that the construction, operation and maintenance of the projects does not violate applicable Commonwealth water quality standards provided that the construction, operation and maintenance of the projects complies with the conditions for this certification, including the criteria and conditions of the following permits:

1. <u>Discharge Permit</u> – Transcontinental Gas Pipe Line Company, LLC shall obtain and comply with a PADEP National Pollutant Discharge Elimination System (NPDES) permit for the discharge of water from the hydrostatic testing of the pipeline pursuant to Pennsylvania's Clean Streams Law (35 P.S. §§ 691.1 – 691.1001) and all applicable implementing regulations (25 Pa. Code Chapter 92a).

2. <u>Erosion and Sediment Control Permit</u> - Transcontinental Gas Pipe Line Company, LLC shall obtain and comply with PADEP's Chapter 102 Erosion and Sediment Control General Permit for Earth Disturbance Associated with Oil and Gas Exploration, Production, Processing or Treatment issued pursuant to Pennsylvania's Clean Streams Law and Storm Water Management Act (32 P.S. §§ 680.1-680.17) and all applicable implementing regulations (25 Pa. Code Chapter 102).

3. <u>Water Obstruction and Encroachment Permits</u> - Transcontinental Gas Pipe Line Company, LLC shall obtain and comply with a PADEP Chapter 105 Water Obstruction and Encroachment Permits for the construction, operation and maintenance of all water obstructions and encroachments associated with the project pursuant to Pennsylvania's Clean Streams Law, Dam Safety and Encroachments Act (32 P.S. §§ 673.1-693.27), and Flood Plain Management Act (32 P.S. §§ 679.101-679.601.) and all applicable implementing regulations (25 Pa. Code Chapter 105).

4. <u>Water Quality Monitoring</u> - PADEP retains the right to specify additional studies or monitoring to ensure that the receiving water quality is not adversely impacted by any operational and construction process that may be employed by Transcontinental Gas Pipe Line Company, LLC.

5. <u>Operation</u> – For each Project under this certification, Transcontinental Gas Pipe Line Company, LLC shall at all times properly operate and maintain all Project facilities and systems of treatment and control (and related appurtenances) which are installed to achieve compliance with the terms and conditions of this Certification and all required permits. Proper operation and maintenance includes adequate laboratory controls, appropriate quality assurance procedures, and the operation of backup or auxiliary facilities or similar systems installed by Transcontinental Gas Pipe Line Company, LLC.

6. **Inspection** - The Projects, including all relevant records, are subject to inspection at reasonable hours and intervals by an authorized representative of PADEP to determine compliance with this Certification, including all required permits required, and Pennsylvania's Water Quality Standards. A copy of this Certification shall be available for inspection by the PADEP during such inspections of the Projects.

7. **Transfer of Projects** – If Transcontinental Gas Pipe Line Company, LLC intends to transfer any legal or equitable interest in the Projects which is affected by this Certification, Transcontinental Gas Pipe Line Company, LLC shall serve a copy of this Certification upon the prospective transferee of the legal and equitable interest at least thirty (30) days prior to the contemplated transfer and shall simultaneously inform the PADEP Regional Office of such intent. Notice to PADEP shall include a transfer agreement signed by the existing and new owner containing a specific date for transfer of Certification responsibility, coverage, and liability between them.

8. **Correspondence** - All correspondence with and submittals to PADEP concerning this Certification shall be addressed to:

    Department of Environmental Protection
    Northeast Regional Office
    Waterways and Wetlands Program
    2 Public Square
    Wilkes-Barre, PA 18701-1915

9. **Reservation of Rights** – PADEP may suspend or revoke this Certification if it determines that Transcontinental Gas Pipe Line Company, LLC has not complied with the terms and conditions of this Certification. PADEP may require additional measures to achieve compliance with applicable law, subject to Transcontinental Gas Pipe Line Company, LLC's applicable procedural and substantive rights.

10. **Other Laws** - Nothing in this Certification shall be construed to preclude the institution of any legal action or relieve Transcontinental Gas Pipe Line Company, LLC from any responsibilities, liabilities, or penalties established pursuant to any applicable federal or state law or regulation.

11. **Severability** - The provisions of this Certification are severable and should any provision of this Certification be declared invalid or unenforceable, the remainder of the Certification shall not be affected thereby.

_(signature)_  4/5/2016
Joseph J. Buczynski, P.E.          Date
Environmental Program Manager
Waterways and Wetlands Program



**pennsylvania**
DEPARTMENT OF ENVIRONMENTAL
PROTECTION

April 5, 2016

Transcontinental Gas Pipe Line Company, LLC
Attention: Mr. Joseph Dean, Permitting Manager
2800 Post Oak Boulevard
Houston, TX 77056

Re:  401 Water Quality Certification
     Atlantic Sunrise Pipeline Project
     FERC Docket No. CP15-138-000
     DEP File No. WQ02-001
     Susquehanna, Wyoming, Luzerne, Columbia, Northumberland, Schuylkill, Lebanon,
     Lancaster, Clinton and Lycoming Counties

Dear Mr. Dean:

This is in reference to your request for Water Quality Certification under Section 401 of the Federal Clean Water Act, submitted to our office on April 13, 2015. The request relates to the Atlantic Sunrise Pipeline Project, a natural gas pipeline project that will take place in various municipalities within Susquehanna, Wyoming, Luzerne, Columbia, Northumberland, Schuylkill, Lebanon, Lancaster, Clinton and Lycoming Counties.

The Department of Environmental Protection (DEP) has reviewed your request for 401 Water Quality Certification and hereby grants the 401 Water Quality Certification for the Atlantic Sunrise Pipeline Project. The approved certification is attached.

Any person aggrieved by this action may appeal, pursuant to Section 4 of the Environmental Hearing Board Act, 35 P.S. Section 7514, and the Administrative Agency Law, 2 Pa.C.S. Chapter 5A, to the Environmental Hearing Board, Second Floor, Rachel Carson State Office Building, 400 Market Street, P.O. Box 8457, Harrisburg, PA 17105-8457, 717-787-3483. TDD users may contact the Board through the Pennsylvania Relay Service, 800-654-5984. Appeals must be filed with the Environmental Hearing Board within 30 days of receipt of written notice of this action unless the appropriate statute provides a different time period. Copies of the appeal form and the Board's rules of practice and procedure may be obtained from the Board. The appeal form and the Board's rules of practice and procedure are also available in Braille or on audiotape from the Secretary to the Board at 717-787-3483. This paragraph does not, in and of itself, create any right of appeal beyond that permitted by applicable statutes and decisional law.

IF YOU WANT TO CHALLENGE THIS ACTION, YOUR APPEAL MUST REACH THE BOARD WITHIN 30 DAYS. YOU DO NOT NEED A LAWYER TO FILE AN APPEAL WITH THE BOARD.

Transcontinental Gas Pipe Line Company, LLC   -2-                             April 5, 2016

IMPORTANT LEGAL RIGHTS ARE AT STAKE, HOWEVER, SO YOU SHOULD SHOW THIS DOCUMENT TO A LAWYER AT ONCE. IF YOU CANNOT AFFORD A LAWYER, YOU MAY QUALIFY FOR FREE PRO BONO REPRESENTATION. CALL THE SECRETARY TO THE BOARD (717-787-3483) FOR MORE INFORMATION.

If you have any questions, please contact Eugene Trowbridge at 570-820-4919.

Sincerely,

Joseph J. Buczynski, P.E.
Environmental Program Manager
Waterways and Wetlands Program

Enclosure

cc:   Ms. Kimberly Boase, Secretary/FERC
      PA Fish and Boat Commission, Div. of Environmental Services
      US Army Corps of Engineers, Baltimore District
      DEP SCRO Waterways & Wetlands, Scott Williamson
      DEP NCRO Waterways & Wetlands, David Garg
      Luzerne Conservation District
      Susquehanna County Conservation District
      Wyoming County Conservation District
      Columbia County Conservation District
      Northumberland County Conservation District
      Schuylkill County Conservation District
      Lebanon County Conservation District
      Lancaster County Conservation District
      Clinton County Conservation District
      Lycoming County Conservation District
      Ecology and Environment, Inc.

Document Content(s)

14201038.tif.....................................................1-5